Timothy C. Kelly
Kelly Law Office
Post Office Box 65
Emigrant, Montana 59027
406/333-4111 (voice)
tckelly@attglobal.net
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| Montana Fair Housing, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:18-CV-181-BLG |
| versus ) | |
| ) | Notice of Dismissal Pursuant to |
| McCall Development, Inc., McCall ) | Rule 41(a)(1)(A) |
| Homes, LLC, James McCall, C. ) | |
| Morgan, N. Morgan, M. Clawson, G. ) | |
| Johnston, D. Johnston, W. Waldo, D. ) | |
| Waldo, D. Enrich, and Greg McCall, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLEASE TAKE NOTICE that Plaintiff Montana Fair Housing, Inc., by and through its attorney, hereby stipulates to dismissal of the above entitled action pursuant to Fed. Rule Civ. Procedure 41(a)(1)(A).

Signed this 26th day of February, 2020.

/s/ Timothy C. Kelly
Timothy C. Kelly, Attorney for Plaintiff